INVESTOR'S MORTGAGE & GUARANTEE CO.

vs.

MARY DE GAEMO, ET UX.

| Superior Court | Fairfield County | File #47721 |

Present: Hon. JOHN A. CORNELL, Judge.

Dwyer & Smith,                    Attorneys for the Plaintiff.

### MEMORANDUM FILED JUNE 25, 1935.

CORNELL, J.   Among the other pre-requisites prescribed for the entering of a Summary Judgment is that the affidavit contain a statement to the effect that the affiant believe there is no defense to the action.   **Practice Book, #53.**

There is not such a statement in the affidavit accompanying the motion in this instance.

Under the circumstances here, would not a judgment by default be in order?   See **Practice Books #47 and #187.**

The instant motion is denied for the reason stated, supra.